# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHEN AND NICOLE FAUST

VERSUS

CALAMARI CONSTRUCTION, LLC.,
CALAMARI HEATING & AIR
CONDITIONING, INC. AND
NAUTILUS INSURANCE COMPANY
D/B/A NAUTILUS INSURANCE
GROUP

NO.   2022 CW 0768

OCTOBER 11, 2022

---

In Re:   Tymeless Flooring, Inc., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-11870.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT